

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

Wednesday, March 25, 2015

SAMUEL ARRENADO FERRALEZ
Allred Unit - TDC # 1809763
2101 FM 369 North
Iowa Park, TX 76367

**Re:** FERRALEZ, SAMUEL ARRENADO
**CCA No.** WR-82,938-01                                      **COA No.** 13-12-00651-CR
**Trial Court Case No.** C-371-010299-1246930-A

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:   13th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Clerk Tarrant County (DELIVERED VIA E-MAIL)
District Attorney Tarrant County (DELIVERED VIA E-MAIL)